## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **DIANE GUILLORY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Cause No. 4:12-CV-02730** |
| | § | |
| **NCO FINANCIAL SYSTEMS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT, NCO FINANCIAL SYSTEMS, INC.'S,
### CERTIFICATE OF INTERESTED PERSONS

Defendant, NCO Financial Systems, Inc., ("NCO"), through the undersigned counsel, hereby discloses the following pursuant to this Court's interested persons order:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

**RESPONSE:**  The following persons have an interest in the outcome of this action:

Dianne Guillory
c/o Counsel for Plaintiff
David Lilley
Alex Simanovsky & Associates, LLC
1912 Loop 11
Wichita Falls, TX 76306
Telephone: 866-865-3666, ext. 1056

NCO Financial Systems, Inc.
c/o counsel for Defendant
Whitney L. White
Sessions, Fishman, Nathan & Israel, L.L.C.
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone No.: 214-741-3001

NCO Financial Systems, Inc., a Pennsylvania corporation, is wholly owned by Compass International Services Corporation, a Delaware corporation. Compass International Services Corporation is wholly owned by Expert Global Solutions, Inc. f/k/a NCO Group, Inc., a Delaware corporation. All of the aforementioned corporations are ultimately wholly owned by EGS Holdings, Inc., a Delaware corporation. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 95% of EGS Holdings, Inc. stock.

DATED this 4th day of October, 2012.

Respectfully Submitted,

/s/ Whitney L. White
Whitney L. White
State Bar No. 24075269
**Sessions, Fishman, Nathan, & Israel, LLC**
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3001
Facsimile: (214) 741-3055
Email: wwhite@sessions-law.biz

**Attorney for Defendant,**
**NCO Financial Systems, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2012, a copy of the foregoing

**Defendant, NCO Financial Systems, Inc.'s, Certificate of Interested Persons** was

electronically filed with the Clerk of the Court, United States District Court for the

Southern District of Texas, and served upon the following via ECF:

David Lilley
Alex Simanovsky & Associates, LLC
1912 Loop 11
Wichita Falls, TX 76306
Telephone: 866-865-3666, ext. 1056

/s/ Whitney L. White
Whitney L. White