UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIANE GUILLORY, <br><br> Plaintiff, <br><br> vs. <br><br> NCO FINANCIAL SYSTEMS, INC. <br><br> Defendant. | Case No.: 4:12-CV-02730 |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES, the Plaintiff, DIANE GUILLORY, by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, NCO FINANCIAL SYSTEMS, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 7th day of December, 2012.

BY: ALEX SIMANOVSKY & ASSOCIATES, LLC

/s/ Dave Lilley
Dave Lilley, Esq.
TX Bar No. 24035064
Attorney for Plaintiff

Alex Simanovsky & Associates, LLC
1912 Loop 11
Wichita Falls, TX 76306
Phone: 1-866-865-3666, Ext. 1056
Fax: 877-570-5413

Corporate Office Address:
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone: (770) 414-1002, Ext. 1012
Fax: (770) 414-9891